BARNOW, Appellant, v. FREEDMAN, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by May Barnow against Isaac Freedman. A. I. Spiro, of New York City, for appellant. M. M. Kotzen, of New York City, for respondent.

No opinion. Order affirmed, with $10 costs and disbursements. Order filed.